United States District Court
Southern District of Texas
FILED

MAR 1 4 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TEXAS GULF TRAWLING CO., INC. | § | |
| | § | |
| Plaintiff, | § | MISC. NO. B-01-008 |
| | § | |
| v. | § | |
| | § | |
| | § | |
| RCA TRAWLERS & SUPPLY, INC. AND | § | **APPEAL FROM:** |
| PATRICIO AHUMADA | § | ADVERSARY NO. 96-2054-B |
| | § | United States Bankruptcy Court |
| Defendants. | § | |

## MOTION TO WITHDRAW
### MOTION FOR STAY OF REMAND ORDER PENDING APPEAL AND TO DISMISS AS MOOT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, TEXAS COMMERCE BANK, N.A. Third-Party Defendant in Adversary No. 96-2054-B and Movant in the above referenced proceeding (herein "Movant") and files this its Motion to Withdraw Motion for Stay of Remand Order Pending Appeal and to Dismiss as Moot, and would show the Court the following:

1.      On March 12, 2001, Movant filed an Emergency Motion for Stay of Remand Order Pending Appeal and Motion for Expedited Hearing on Motion for Stay of Remand Order Pending Appeal (herein "Motions").

2.      Subsequently on March 12, 2001, after the filing of Movant's Motions the Honorable United States Bankruptcy Judge Manuel Leal issued an Order Withdrawing the Order Remanding the case to State Court. A copy of the Order is attached hereto as Exhibit "A".

3.      With the March 12, 2001 Order issued by the Bankruptcy Court, Movant's Motions have become moot and no further action by the United States District Court is necessary. Movants request that their Motions be withdrawn and that this action be dismissed as moot.

Wherefore, Movant requests that the Motion to Withdraw Motion for Stay of Remand Order Pending Appeal and to Dismiss as Moot be granted and for such other and further relief as is just.

Respectfully submitted,

Shelby A. Jordan
State Bar No.  11016700
Admissions No. 2195
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471
Telephone No. (361) 884-5678
Telecopier No. (361) 888-5555


Michael J. Urbis
Admissions No. 15132
State Bar No. 20414130
*Jordan, Hyden, Womble & Culbreth, P.C.*
2390 Central Blvd., Suite G
Brownsville, Texas 78520
Telephone No. (956) 542-1161
Telecopier No. (956) 542-0051

**Attorneys-in-Charge for Movants**


## CERTIFICATE OF SERVICE

I, Michael J. Urbis, do hereby certify that a true and correct copy of the foregoing instrument was served to the following parties on this 14th day of March, 2001 as indicated below:

**Via Certified Mail**
Patricio Ahumada
53 Alan A Dale
Brownsville, Texas 78521

**Via First Class Mail**
**Via Fax (956) 544-7828**
Albert Villegas
1324 E. 7th Street
Brownsville, Texas 78520

---

Motion to Withdraw Motion for Stay
of Remand Order Pending Appeal                    Page 2

**Via First Class Mail**
**Via Fax (956) 541-2170**
Norton A. Colvin, Jr.
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren Street
Brownsville, Texas 78520

**Via Certified Mail**
**Via Fax (956) 982-0943**
Kelly K. McKinnis
612 Nolana Loop, Suite 240
McAllen, Texas 78504

**Via First Class Mail**
**Via Fax (956) 982-0943**
Jose Rolando Olvera, Jr.
Fleming & Olvera
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521

**Via First Class Mail**
Attn: Anita Ainsworth, Case Manager
The Honorable Judge Manuel D. Leal
United States Bankruptcy Court
515 Rusk Avenue, 7th Floor
Houston, Texas 77002



_____
Michael J. Urbis

_____
Motion to Withdraw Motion for Stay
of Remand Order Pending Appeal                    Page 3

ClibPDF - www.fastio.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 94-21338-B-11 |
| CICLON NEGRO, INC. | § | Chapter 11 |
|     Debtor | § | |

---

| | | |
|---|---|---|
| TEXAS GULF TRAWLING CO.,INC. | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | ADVERSARY NO. 96-2054-B |
| | § | |
| RCA TRAWLERS & SUPPLY, INC. AND | § | |
| PATRICIO AHUMADA | § | |
|     Defendants | § | |

## ORDER

On March 12, 2001, the Court reconsidered its Order of March 2, 2001 in reference to the staying of a prior order of remand. In light of disclosures made at the hearing in Brownsville, Texas on March 12, 2001, the Order of March 9, 2001, entered March 12, 2001, entry no. 273, is withdrawn. The Court also withdraws the March 2, 2001 order of remand. The Court will issue a separate opinion and order.

Ordered in Chambers in Brownsville, Texas this 12th day of March, 2001.

_____
UNITED STATES BANKRUPTCY JUDGE

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By _____
Deputy Clerk

# EXHIBIT "A"