H

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 16 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| TEXAS GULF TRAWLING CO., INC. | § § § | |
| Plaintiff, | § | MISC. NO. B-01-008 |
| v. | § § § § | |
| RCA TRAWLERS & SUPPLY, INC. AND PATRICIO AHUMADA | § § § | APPEAL FROM: ADVERSARY NO. 96-2054-B United States Bankruptcy Court |
| Defendants. | § | |

## ORDER GRANTING
### MOTION TO WITHDRAW MOTION FOR STAY OF REMAND ORDER PENDING APPEAL AND TO DISMISS AS MOOT

Came on for consideration the Motion to Withdraw Motion for Stay of Remand Order Pending Appeal and to Dismiss as Moot filed by TEXAS COMMERCE BANK, N.A., Third-Party Defendant in the above-referenced action ("Movant"), and after due consideration of same, the Court is of the opinion that the Motion should be GRANTED; it is therefore

ORDERED, ADJUDGED AND DECREED that the Motion to Withdraw Motion for Stay of Remand Order Pending Appeal and to Dismiss as Moot filed by Texas Commerce Bank, N.A. is GRANTED and Miscellaneous No. B-01-008 is dismissed as Moot.

Dated: _March 15_, 2001.

_____
UNITED STATES DISTRICT JUDGE

ClibPDF - www.fastio.com

Submitted by:

Shelby A. Jordan
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 888-5555

Michael J. Urbis
*Jordan, Hyden, Womble & Culbreth, P.C.*
2390 Central Blvd., Suite G
Brownsville, Texas 78520
Telephone: (956) 542-1161
Telecopier: (956) 542-0051

Attorneys for TEXAS COMMERCE BANK, N.A.