5

United States District Court
Southern District of Texas
ENTERED

MAR 2 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Texas Gulf Trawling, Co., Inc., | § | |
| Plaintiff, | § § § | |
| | § | CIVIL ACTION NO. B-01-008 |
| v. | § § | |
| RCA Trawlers & Supply, Inc. and Patricio Ahumada | § § § | |
| Defendants | § § | |

## FINAL JUDGMENT

BE IT REMEMBERED, that on March 14, 2001, the Court having granted the Movants' Motion to Withdraw Motion for Stay of Remand Order, the Court enters final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE at Brownsville, Texas, this the 15 day of March 2001.

_____
Hilda G. Tagle
United States District Court Judge

ClibPDF - www.fastio.com